**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  Attorneys for Defendants LVMPD, Det. M. O'Halloran and Det. S. Perry

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. BATES,<br><br>                     Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                     Defendants. | Case Number:<br>2:22-cv-00957-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br>(ECF NO. 51)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Det. M. O'Halloran and Det. S. Perry ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, and Plaintiff James E. Bates ("Plaintiff"), by and through his attorneys of record, Breeden & Associates, PLLC, hereby stipulate that the deadline for the LVMPD Defendants to file their Answer to Plaintiff's Second Amended Complaint be extended until July 11, 2024.

1. On June 14, 2024, Adam Breeden, Esq. filed a Notice of Appearance for Plaintiff. (ECF No. 47)

2. On June 14, 2024, Plaintiff filed his Second Amended Complaint. (ECF No. 51)

3. The LVMPD Defendants' Answer to Plaintiff's Second Amended Complaint is currently due June 28, 2024.

4. The LVMPD Defendants' counsel started a ten-day jury trial in *LVMPD, et al. adv. Lawrence, et al.*, Case No. 2:16-cv-03039-APG-NJK.

5. Plaintiffs and LVMPD Defendants hereby stipulate to a two-week extension until July 11, 2024 for LVMPD Defendants to file their Answer to Plaintiff's Second Amended Complaint.

IT IS STIPULATED this 25th day of June, 2024.

| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Adam J. Breeden*<br>Adam J. Breeden, Esq.<br>Nevada Bar No. 8768<br>7432 W. Sahara Ave., Ste. 101<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the deadline for the LVMPD Defendants to file their Answer to Plaintiff's Second Amended Complaint (ECF No. 51) is hereby extended to July 11, 2024.

_____
United States Magistrate Judge

Dated: June 25, 2024

MAC:14687-431 5512753_1