UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES E. BATES,                                    Case No. 2:22-cv-00957-CDS-EJY

         Plaintiff,

    v.                                                              **ORDER**

LAS VEGAS METROPOLITAN P.D.,

         Defendant.

      Before the Court is the Motion to Withdraw as Counsel.  ECF No. 69.  In an effort to consider this Motion and provide Plaintiff and his counsel an opportunity to be heard, the Court sets an in person hearing as stated below.  The Court finds Plaintiff James E. Bates, #938233, is presently in the custody of the Warden at Clark County Detention Center ("CCDC"), 330 South Casino Center Boulevard, Las Vegas, Nevada, 89101.

      Accordingly, IT IS HEREBY ORDERED that counsel for the parties are ordered to appear in person on **December 18, 2024 at 11:00 a.m.** in LV Courtroom 3D.

      IT IS FURTHER ORDERED that in light of Plaintiff's in-custody status at Clark County Detention Center, the Warden of CCDC or his designee must transport and produce **James E. Bates, #938233**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, on **December 18, 2024 at the hour of 11:00 a.m., in LV Courtroom 3D** to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by this Court, until **JAMES E. BATES, #938233**, is released and discharged by this Court; and that **JAMES E. BATES, #938233**, will thereafter be returned to the custody of the Warden of CCDC, under safe and secure conduct.

      Dated this 19th day of November, 2024.

                               ELAYNA J. YOUCHAH
                               UNITED STATES MAGISTRATE JUDGE